# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: admin | Date Created: 09/19/2011 |
| Case: 11–10103–PB7 | Form ID: b18 | Total: 22 |

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    ustp.region15@usdoj.gov
aty    Drew Lyman    drew@lymanpotente.com

                      TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Michael Rodriguez Encarnacion    1680 Crossroads Street    Chula Vista, CA 91915
jdb    Zaneta Salde Encarnacion    1680 Crossroads Street    Chula Vista, CA 91915
tr    Leslie T. Gladstone    401 Via Del Norte    La Jolla, CA 92037
smg    United States Trustee    Office of the U.S. Trustee    402 West Broadway, Ste. 600    San Diego, CA 92101–8511
smg    Employment Develop. Dept., State of CA    Bankruptcy Unit – MIC 92E    P.O. Box 826880    Sacramento, CA 94280
smg    Div. of Labor Standards Enforcement    7575 Metropolitan Drive, Suite 210    San Diego, CA 92108
smg    State Board of Equalization    P.O. Box 942879    Sacramento, CA 92479
smg    Dun &Bradstreet    Attn: Lynne Roberts, 2nd Floor    3501 Corporate Parkway    PO Box 520    Center Valley, PA 18034–0520
smg    Dun &Bradstreet    Attn: Lynne Roberts, 2nd Floor    3501 Corporate Parkway    PO Box 520    Center Valley, PA 18034–0520
smg    Franchise Tax Board    Attn: Bankruptcy    P.O. Box 2952    Sacramento, CA 95812–2952
12823136    Acs/Bank Of America    501 Bleecker St    Utica, NY 13501
12823137    Acs/Wachovia Educ Fin    501 Bleecker St    Utica, NY 13501
12823138    Bac Home Loans Servici    450 American St    Simi Valley, CA 93065
12823139    Chase    Po Box 15298    Wilmington, DE 19850
12823140    Dept Of Education/Neln    121 S 13th St    Lincoln, NE 68508
12823141    Navy Federal Cr Union    Po Box 3700    Merrifield, VA 22119
12823142    Pncbank    2730 Liberty Ave    Pittsburgh, PA 15222
12823143    Sallie Mae    Po Box 9500    Wilkes Barre, PA 18773
12823144    Toyota Motor Credit Co    7676 Hazard Center Dr St    San Diego, CA 92108
12823145    Wyndham Rd    10750 W. Charleston Blvd.    Suite 130    Las Vegas, NV 89135

                      TOTAL: 20